**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Rodney Lamark MCGILL, Defendant—**
**Appellant.**

**No. 06–6258.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 18, 2006.

Decided: June 1, 2006.

Rodney Lamark McGill, Appellant Pro Se. Marshall Prince, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rodney Lamark McGill seeks to appeal the district court's orders denying his 28 U.S.C. § 2255 (2000) motion, and his motion for reconsideration of that denial filed

under Fed.R.Civ.P. 59(e). An appeal may not be taken from the final order in a § 2255 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find the district court's assessment of his constitutional claims is debatable or wrong and that any dispositive procedural rulings by the district court are likewise debatable. *See Miller-El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude that McGill has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*